UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ALEXANDER,<br><br>  Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>  Defendants. | Case No.  15-cv-01336-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 7 |

This matter is currently scheduled for a hearing on June 25, 2015 regarding Defendants' Motion to Dismiss. Dkt. No. 7. However, on March 27, 2015, the Court referred this foreclosure-related action to the ADR Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference. Dkt. No. 8. So that the parties may focus on informal negotiations, the Court VACATES the June 25, 2015 hearing and briefing schedule. The Court shall set a revised scheduled if the parties are unable to reach an informal resolution.

**IT IS SO ORDERED.**

Dated: March 31, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge