United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>    Defendants. | Case No.  15-cv-01336-MEJ<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 13 |

    This matter is currently scheduled for a hearing on June 25, 2015 regarding Defendant Chase's Motion to Dismiss.  Dkt. No. 13.  However, on March 27, 2015, the Court referred this foreclosure-related action to the ADR Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference.  Dkt. No. 8.  So that the parties may focus on informal negotiations, the Court VACATES the June 25, 2015 hearing and briefing schedule.  The Court shall set a revised scheduled if the parties are unable to reach an informal resolution.

    **IT IS SO ORDERED.**

Dated: April 13, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge