**McGLINCHEY STAFFORD**
Brian A. Paino (SBN 251243)
Dhruv M. Sharma (SBN 279545)
Hassan Elrakabawy (SBN 248146)
18201 Von Karman Avenue, Suite 350
Irvine, California 92612
Telephone: (949) 381-5900
Facsimile: (949) 271-4040
Email: bpaino@mcglinchey.com
dsharma@mcglinchey.com
helrakabawy@mcglinchey.com

Attorneys for *Defendants* **SELECT PORTFOLIO SERVICING, INC. and U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR14 (erroneously sued as U.S. Bank, N.A.)**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KAREN ALEXANDER, an individual;<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N A, a business entity, U S Bank N A, a business entity, SELECT PORTFOLIO SERVICING, INC, a business entity, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-01336-MEJ<br><br>Hon. Mag. Judge Maria-Elena James<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Superior Court Case No.: CIV 532673<br>Action Filed: February 26, 2015<br>Trial Date: N/A |

This *Stipulation For Further Continuance of Case Management Conference and Related Deadlines* (the "Stipulation") is entered into by and among *plaintiff* Karen Alexander ("Plaintiff"); *defendant* JPMorgan Chase Bank, N.A. ("Chase"); and *defendants* Select Portfolio Servicing, Inc. ("SPS") and U.S. Bank, N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., as Trustee, on behalf of the holders of WAMU Mortgage Pass-Through Certificates, Series 2006-AR14 (erroneously sued as U.S. Bank, N.A.) ("U.S. Bank," and together

with Chase and SPS, the "<u>Defendants</u>"), by and through their respective counsel of record.

## RECITALS

A. On February 26, 2015, Plaintiff filed a complaint against Defendants in the San Mateo County Superior Court. The action was subsequently removed to this Court on March 23, 2015.

B. On March 23, 2015, the Court entered an *Order Setting Initial Case Management Conference and ADR Deadlines* [Dkt. No. 5] wherein it set an Initial Case Management Conference in this matter for June 25, 2015.

C. On March 27, 2015, the Court issued an *Order Referring Case to ADR Unit for Assessment Telephone Conference* [Dkt. No. 8] (the "<u>ADR Order</u>") wherein it referred this case to the Court's Alternative Dispute Resolution Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference.

D. Pursuant to the ADR Order, on April 23, 2015, Plaintiff and Defendants, through counsel, participated in a teleconference with Robin Siefkin of the Court's Alternative Dispute Resolution Unit. That meeting was then continued on several occasions by agreement of the parties, most recently to September 10, 2015.

E. Prior to the continued conference on September 10, 2015, the parties reached a settlement in principle. Since that time, they reduced their settlement to writing and are in the process of executing the settlement agreement.

F. Based on the status of the settlement negotiations between the parties, they agree that a continuance of the Case Management Conference and all related deadlines will lead to a more efficient administration of this case by enabling the parties to conserve resources while finalizing their settlement.

///
///
///
///

## **TERMS**

Pursuant to Civil Local Rule 6-2(a), the parties agree as follows:

1. The September 3, 2015 Case Management Conference shall be rescheduled for **December 10, 2015**, at **10:00 a.m.**

2. The deadline for the parties to file their Joint Case Management Statement shall be continued to and including **December 3, 2015**.

3. The deadline under Civil Local Rule 26(f) & ADR Local Rule 3-5 for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan shall be continued to and including **November 19, 2015**.

4. The deadline under Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b) for the filing of the ADR Certification shall be continued to and including **November 19, 2015**.

5. The deadline under Civil Local Rule 16-8(c) and ADR Local Rule 3-5(b) & (c) for the filing of either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be continued to and including **November 19, 2015**.

**IT IS SO STIPULATED**.

[Signatures to Follow]

Dated: November 5, 2015              **McGLINCHEY STAFFORD**


By: */s/ Brian A. Paino*
    BRIAN A. PAINO
Attorneys for *Defendants* **SELECT PORTFOLIO SERVICING, INC. and U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR14**

Dated: November 5, 2015              **BRYAN CAVE LLP**


By: */s/ Sharon K. Brown*
    SHARON K. BROWN
Attorneys for *Defendant* **JPMORGAN CHASE BANK, N.A.**

Dated: November 5, 2015              **MELLEN LAW FIRM**


By: */s/ Eunji Cho*
    EUNJI CHO
Attorneys for *Plaintiff* **KAREN ALEXANDER**


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 6, 2015              _____
                                     MARIA-ELENA JAMES
                                     United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Brian A. Paino, attest that concurrence in the filing of this *Stipulation for Further Continuance of Case Management Conference and Other Deadlines* has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of November, 2015, at Irvine, California.

**McGLINCHEY STAFFORD**

*/s/ Brian A. Paino*
BRIAN A. PAINO
Attorneys for *Defendants* **SELECT PORTFOLIO SERVICING, INC. and U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR14**

# PROOF OF SERVICE

STATE OF CALIGORNIA ) 
) ss.
COUNTY OF ORANGE )

I, Carol Rico, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 18201 Von Karman Ave., Suite 350, Irvine, California 92612.

On November 5, 2015, I served the document(s) described as: **STIPULATION AND [PROPOSED] ORDER FOR FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** as follows:

☐ **BY MAIL:** As follows:

☐ **FEDERAL** – I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid,

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court. Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒ **FEDERAL:** I declare that I employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on November 5, 2015, at Irvine, California.

_____
Carol Rico

537019.1

**SERVICE LIST**
USDC, Northern District Case No. 3:15-cv-01336-MEJ
KAREN ALEXANDER v. JPMORGAN CHASE BANK, N.A., et al.
File # 104823.0152

| | |
|---|---|
| Matthew D. Mellen, Esq.<br>Jessica Galletta, Esq.<br>Enuji Cho, Esq.<br>MELLEN LAW FIRM<br>411 Borel Avenue, Suite 230<br>San Mateo, CA 94402 | Attorneys for Plaintiff **KAREN ALEXANDER**<br><br>Tel: (650) 638-0120<br>Fax: (650) 638-0125 |
| Sharon K. Brown, Esq.<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 | Attorney for Defendant **JPMORGAN CHASE BANK, N.A.**<br><br>Tel: (310) 576-2100<br>Fax: (310) 576-2200 |

537019.1