Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (SBN: 281179)
Eunji Cho (Bar No. 286710)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:   (650) 638-0125

Attorney for Plaintiff,
KAREN ALEXANDER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ALEXANDER, an individual;<br><br>  Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A., a business entity; U.S. BANK, N.A., a business entity; SELECT PORTFOLIO SERVICING, INC., a business entity; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: 3:15-cv-01336-MEJ<br><br>[*Assigned to the Hon. Judge Maria-Elena James*]<br><br>**ORDER ON JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE**<br><br><br>Action Removed:   March 23, 2015<br>Trial Date:           N/A |

Pursuant to the joint stipulation of dismissal as to Defendants JPMORGAN CHASE BANK, N.A., U.S. BANK, N.A., SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., SUCCESSOR IN INTEREST TO LASALLE BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR14, and SELECT PORTFOLIO SERVICING, INC. ("Defendants") executed by the parties and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff KAREN ALEXANDER ("Plaintiff")'s causes of action against Defendants are dismissed in their entirety with prejudice;
2. Plaintiff and Defendants shall bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: November 23, 2015

_____
Hon. Maria-Elena James
United States Magistrate Judge